# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL MALIK ALLAH | : | CIVIL ACTION |
| --- | --- | --- |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| SUPT. TAMMY FERGUSON, et al. | : | No. 18-4133 |
| *Defendants* | : | |

**FILED** FEB -5 2020 KATE BARKMAN, Clerk By_____Dep. Clerk

## ORDER

**AND NOW**, on this 4th day of February, 2020, upon consideration of the Defendants' partial motion to dismiss (Doc. No. 31), the Defendants' motion to sever (Doc. No. 32), Defendant Filaponti's motion to dismiss (Doc. No. 33), the Plaintiff's responses (Doc. No. 35, 36, 37), the Defendants' reply (Doc. No. 38), the Plaintiff's supplemental brief (Doc. No. 47), and the Court having conducted an oral argument on the motions on January 10, 2020, it is **ORDERED** that the motion to dismiss (Doc. No. 31) is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that Defendant Filaponti's motion dismiss (Doc. No. 33) is **DEEMED MOOT**, and the motion to sever (Doc. No. 32) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**